UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

GIORGI DATUKISHVILI #A221-451-224          CASE NO.  1:26-CV-01276 SEC P

VERSUS                                     JUDGE DAVID C. JOSEPH

FIELD OFFICE DIRECTOR I C E E R O          MAGISTRATE JUDGE CAROL B.
NEW ORLEANS ET AL                              WHITEHURST

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 3] of the Magistrate Judge, and after an independent review of the record, noting the lack of written objections filed by Petitioner, determining that the findings are correct under the applicable law;

IT IS HEREBY ORDERED that the PETITION FOR WRIT OF HABEAS CORPUS [Doc. 1] is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

THUS, DONE AND SIGNED in Chambers on this 15th day of June 2026.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE